**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| CHARLES EDWARDS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | No. 3:06-cv-434 |
| | ) | PHILLIPS |
| ASHLEY KRAHL and RONDA RATLIFF, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on a motion to dismiss, or in the alternative, for summary judgment by defendants, Ashely Krahl and Ronda Ratliff. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff, Charles Edwards, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiff their costs of this action.

Dated at Knoxville, Tennessee, this _____ day of_____, 2007.

                                                                                  s/ Patricia L. McNutt
                                                                                     Clerk of Court